

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

February 13, 2019

**Via ECF only**

Hon. Mae A. D'Agostino
U.S. District Judge
U.S. District Court
445 Broadway, First Floor
Albany, NY 12207

Re: *U.S. v. Biria*, Case No. 18-CR-163 (MAD)

Dear Judge D'Agostino:

Sentencing is scheduled for March 5, 2019, and sentencing memoranda are due today.

I write with defense counsel's consent to respectfully ask that the sentencing date be adjourned by approximately two months. This is the second request for an adjournment of the sentencing date; the first request was granted.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ **Michael Barnett***
Assistant U.S. Attorney