

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

April 18, 2019

**Via ECF only**

Hon. Mae A. D'Agostino
U.S. District Judge
U.S. District Court
445 Broadway, First Floor
Albany, NY 12207

Re: *U.S. v. Biria*, Case No. 18-CR-163 (MAD)

Dear Judge D'Agostino:

Sentencing is scheduled for May 13, 2019, and sentencing memoranda are due April 22.

I write with defense counsel's consent to respectfully ask that the sentencing date be adjourned by approximately three (3) months.  This is the third request for an adjournment of the sentencing date; the first and second requests, also made by the government, were granted.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Barnett*
Assistant U.S. Attorney